**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noe Benjamin Lopez, | ) No. CV-10-01095-PHX-SMM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Michael David Ortiz; United Parcel Service, | ) |
| Defendants. | ) |

Before the Court is the parties' Stipulation to Dismiss with Prejudice, as all of the parties have entered into a written Settlement Agreement. (Doc. 41.) Pursuant to the parties' Stipulation and the agreement of the parties, and good cause appearing, therefore,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Dismiss with Prejudice. (Doc. 41.)

**IT IS FURTHER ORDERED** that the matter is dismissed with prejudice, with the parties to bear their own costs and fees.

**IT IS FURTHER ORDERED** that all other pending deadlines are vacated.

DATED this 14th day of November, 2011.

*[signature]*
Stephen M. McNamee
United States District Judge