**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noe Benjamin Lopez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael David Ortiz; United Parcel Service,<br><br>　　　　Defendants. | No. CV-10-01095-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss with Prejudice, as all of the parties have entered into a written Settlement Agreement. (Doc. 41.) Pursuant to the parties' Stipulation and the agreement of the parties, and good cause appearing, therefore,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Dismiss with Prejudice. (Doc. 41.)

**IT IS FURTHER ORDERED** that the matter is dismissed with prejudice, with the parties to bear their own costs and fees.

**IT IS FURTHER ORDERED** that all other pending deadlines are vacated.

DATED this 14th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　United States District Judge